LAURA M. BADEAUX

VERSUS

OCHSNER HEALTH SYSTEMS, INC/OCHSNER
CLINIC FOUNDATION
LHC GROUP, INC.

NO. 24-C-438

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

September 30, 2024

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

Susan Buchholz
Chief Deputy Clerk

IN RE LHC GROUP, INC.

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JACQUELINE F. MALONEY, DIVISION "D", NUMBER 842-963

Panel composed of Judges Stephen J. Windhorst,
John J. Molaison, Jr., and Timothy S. Marcel

**WRIT DENIED**

In this civil action involving an alleged slip and fall accident at a hospital, the relators seek a review of the trial court's ruling that granted the plaintiff's motion to compel a corporate deposition. The relators contend, in summary, that the deposition is improper for several reasons, including that the information sought had been previously provided to the plaintiff through discovery, that some of the information "could much more easily be obtained through written discovery," and that several of the plaintiff's listed areas of inquiry are "vague, ambiguous and overbroad."

Upon review of the application, it does not appear that the relators introduced any evidence to support their arguments at the hearing on the plaintiff's motion to compel. Documents attached to memoranda do not constitute evidence and cannot be properly considered on appeal unless they have been formally offered and introduced into evidence. *Jackson v. United Servs. Auto. Ass'n Cas. Ins. Co.*, 08-333 (La. App. 5 Cir. 10/28/08), 1 So.3d 512, 515. Therefore, we have no basis for considering the merits of the relator's arguments that the deposition is redundant or objectionable.

La. C.C. art. 1442 allows a party to "name as the deponent a public or private corporation or a partnership or association or governmental agency and designate with reasonable particularity the matters on which examination is requested." The 19 areas of inquiry proposed by the plaintiff, included in the application, appear relevant and calculated to lead to discoverable evidence. The trial court has broad discretion in regulating pretrial discovery, and its decision will

24-C-438

not be disturbed on appeal absent a clear abuse of that discretion. *Bell v. Treasure Chest Casino, L.L.C.*, 06-1538 (La. 2/22/07), 950 So.2d 654. We do not find that the subpoena at issue, on its face, is overly burdensome or that the trial court abused its discretion in allowing the deposition to move forward.

We note that the plaintiff's counsel indicated on the record that the parties had not discussed the particularities of the wording in the notice and anticipated a narrowed scope of the deposition. Assuming the parties reach an impasse after attempting to coordinate the areas of inquiry, the relators will have recourse at the trial court.

On the showing made, we find an insufficient basis upon which to disturb the trial court's ruling. Accordingly, we deny the writ application.

Gretna, Louisiana, this 30th day of September, 2024.

**JJM**
**SJW**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/30/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-438**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Jacqueline F. Maloney (DISTRICT JUDGE)
Peter E. Sperling (Respondent)          Lawrence J. Centola, III (Respondent)
                                        Halley S. Carter (Relator)

### MAILED

Kari D. Fleming (Respondent)        Nairda T. Colon (Relator)           Jason Z. Landry (Respondent)
Attorney at Law                     Attorney at Law                     Attorney at Law
1100 Poydras Street                 1100 Poydras Street                 338 Lafayette Street
Suite 3700                          Suite 3700                          New Orleans, LA 70130
New Orelans, LA 70163               New Orleans, LA 70163